**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Mark Kenneth Carter v. The State of Texas

Appellate case number:   01-22-00197-CR

Trial court case number: 1641166

Trial court:             351st District Court of Harris County

Appellant, Mark Kenneth Carter, has filed a third motion for extension of time in which to file his appellate brief, asking for an extension until November 14, 2022. The motion is **granted in part**. Appellant's brief is due October 21, 2022. **<u>No further extensions will be granted</u>**.

If appellant's brief is not filed by October 21, 2022, the case will be abated and remanded to the trial court for a hearing to determine (a) whether appellant desires to prosecute his appeal; (b) whether appellant's counsel has abandoned the appeal; (c) the reason for the failure to file a brief; and (d) if the appellant desires to continue the appeal, a date certain when appellant's brief will be filed. TEX. R. APP. P. 38.8(b).

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                         Acting individually


Date: <u>October 11, 2022</u>